UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOISES ALMANZAR

19 CV 0069

No. _____
(To be filled out by Clerk's Office)

Write the full name of each plaintiff.

-against-

Police officer MICHAEL A RIBEIRO
Police officer NATHANAEL M. DEYOUNG
Police officer PATRICK P CUNNINGHAM
Police officer NICHOLAS TRAPINI

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Moises                             ALMANZAR
First Name       Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

2018 04217
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Orange County Correctional Facility
Current Place of Detention

110 Wells Farm Road
Institutional Address

Goshen                New York         10924
County, City          State            Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced prisoner
☐ Other: _____

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: MICHAEL A RIBEIRO 1161
First Name | Last Name | Shield #

Police officer
Current Job Title (or other identifying information)

2 James Street
Current Work Address

Middletown | New York | 10940
County, City | State | Zip Code

Defendant 2: NATHANAEL M. DEYOUNG 1137
First Name | Last Name | Shield #

Police officer
Current Job Title (or other identifying information)

2 James Street
Current Work Address

Middletown | New York | 10940
County, City | State | Zip Code

Defendant 3: PATRICK P. CUNNINGHAM 1151
First Name | Last Name | Shield #

Police officer
Current Job Title (or other identifying information)

2 James Street
Current Work Address

Middletown | New York | 10940
County, City | State | Zip Code

Defendant 4: NICHOLAS TRAPINI 1300
First Name | Last Name | Shield #

Police Officer
Current Job Title (or other identifying information)

2 James Street
Current Work Address

Middletown | New York | 10940
County, City | State | Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: This incident took place on a city street within city of Middltown N.Y.

Date(s) of occurrence: On January 4, 2017 at approximately 5:16 pm of that evening.

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

I was walking down a city block of Middltown when I was approached and stopped by Police officer Michael Ribaro who questioned me my name & any identification this was done without any probable cause nor of me commiting any crimes or breaking any laws. Upon walking away from this p.o. as he had no probable cause to holding me he used exessive force against me where as he physically assaulted me by punching me several times to my face and body before attempting to body slam me to the pavement of the sidewalk. I was able to get away from him temporarily whereas Police Officers Nathanael Deyoung, Patrick Cunningham and Nicholas Trapini arrived on seen. I put my hands up as to surrender but Nathanael Deyoung tackles me to the floor placing my left arm in an arm-bar using excessive force. P.O. Trapini used excessive force as he jumped on my back and placed his knee on the back of my neck and continued to apply excessive force. I was now handcuffed, P.O. Deyong starts kicking me to my ribs, Trapini is still applying force to my neck meanwhile P.O. Patrick Cunningham is now standing over me yelling stop resisting, stop resisting before deploying his tazer-gun shooting me on my buttock. After the arrest I was taken in custody to Middletown Police Department where I arrived limping only to be placed in the bullpen where the assault continued with no regards to the surveillance cameras in the facility. Officer Nicholas Trapini takes off my handcuffs but not before provoking me by stating to me if I wanted

Page 4

to try anything that he was giving me the oppertunity by uncuffing me and telling me that he wants to beat me down like a man. As soon as he uncuffs me I try talking to him stating that I was not stupid enough to to try and attempt anything and give them any reason to continue their assault on me. He then grabs me by my neck with excessive force restricting my ability to breathe and states to me to go ahead try and make any movement so that he has the oppertunity to beat me down like a man. For these reasons I did not accept any plead deals offer to me by the Judge Brocket before I took my case to trial infront of Judge Brown.

**INJURIES:** I WAS OFFERED NUMEROUS MISDEMEANOR PLEADS!!

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I sustained injury to Both sides of my face causing lasceration and bruises from this assault I was given medical attention at a local hospital Orange regional medical center where I also had a contusion to my left ribs from the kicking of the officers, My shoulder was also hurt I recieved Ice and Pain relievers in accordance to my stated injuries

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I am seeking for the excessive force that was used by each of these Police officers in the Amount of 100,000 for the Violation of my 8th Amendment and I am asking for the Violation of my 14th Amendment in restricting My Liberty by these officers acting in part of color of state in the Amount of $100,000, and for the violation of my 5th Amendment a Violation of my Due Process in the Sum of $100,000, for the total Amount of $300,000 dollars in Damages by these individuals.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: December 2018

Plaintiff's Signature: /s/ Moises Almanzar

First Name: MOISES
Middle Initial:
Last Name: ALMANZAR

Prison Address: Orange County Correctional Facility
County, City: Goshen
State: New York
Zip Code: 10924

Date on which I am delivering this complaint to prison authorities for mailing: December 2018

Sworn to before me this 20 day of Dec 20 18

Notary Public

Carmile Pringle
Notary Public, State of New York
No. 01PR6092127
Qualified in Dutchess County
Commission Expires 5/12/19

Page 6



**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445

NAME: Moises Almanzar   DIN: 18A4547

Legal Mail

Clerk, New York State
Supreme Court
500 Pearl Street
New York, New York 10007

Pro se
E.D.

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
OFFENDER CORRESPONDENCE PROGRAM
NAME: Moises Almanzar   DIN: 18A4547